UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

**June 9, 2015**

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br>v. )<br><br>FRANCISCO POLOAI, )<br><br>Defendant. ) | Case No. 2:15-mj-00124-EFB<br><br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, FRANCISCO POLOAI, Case No. 2:15-mj-00124-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_\_\_   Release on Personal Recognizance

\_X\_   Bail Posted in the Sum of: $100,000.00

   \_X\_   Co-Signed Unsecured Appearance Bond

   \_\_\_   Secured Appearance Bond

   \_X\_   (Other) Conditions as stated on the record.

   \_\_\_   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   6/9/2015   at   2:09 p.m.

By _____
  Edmund F. Brennan
  United States Magistrate Judge